1 | BARRY J. PORTMAN
Federal Public Defender
2 | DANIEL P. BLANK
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700

5 | Counsel for Defendant PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0666 CRB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING APPEARANCE |
| | ) | |
| ELISEO PATINO, | ) | |
| Defendant. | ) | |
| | ) | |

1  At the last appearance in the above-captioned matter, the Court set a status date for Monday
2  November 7, 2005, at 1:00 p.m. However, undersigned counsel for Defendant Eliseo Patino will be
3  attending a pretrial conference in Oakland on that date and time. Accordingly, the parties stipulate
4  and jointly request that the status appearance be rescheduled for Wednesday, November 16, 2005 at
5  2:15 p.m.
6  IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: November 3, 2005                  _____/S/_____
                                          NAHLA RAJAN
                                          Assistant United States Attorney

DATED: November 3, 2005                  _____/S/_____
                                          DANIEL P. BLANK
                                          Assistant Federal Public Defender
                                          Attorney for Eliseo Patino

IT IS SO ORDERED.

DATED: Nov. 03, 2005

_____
CHARLES R. BREYER
United States District Judge

APPROVED
Judge Charles R. Breyer

STIP. & PROP. ORDER